# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILKINS, <br><br> Petitioner, <br><br> v. <br><br> TERRI GONZALEZ, Warden, <br><br> Respondent. | Case No. CV 10-7401 DOC (JCG) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections rehash the arguments made in Petitioner's Response to Respondent's Notice of the Supreme Court's decision in *Swarthout v. Cooke*, 131 S.Ct. 859 (2011). The Objections are unavailing. As the Court explained in *Swarthout*, the only federal due process right in the parole context is procedural, 131 S.Ct. at 863, and Petitioner's attempts to distinguish *Swarthout* lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation

1 is approved and adopted; (2) Judgment be entered denying the Petition and
2 dismissing this action with prejudice; and (3) the Clerk serve copies of this Order
3 and the Judgment on the parties.
4      Additionally, for the reasons stated in the Report and Recommendation, the
5 Court finds that with the exception of Petitioner's arguments in ground four of the
6 Petition, Petitioner has not made a substantial showing of the denial of a
7 constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
8 *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate
9 of appealability on these grounds.  The Court, however, issues a certificate of
10 appealability with respect to the fourth ground of the petition - that Marsy's law
11 violates Petitioner's rights under the ex post facto clause of the Constitution.

13 DATED: March 31, 2011

                                    */s/ David O. Carter*
                                  HON. DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE